IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHARLES WALKER,

    Plaintiff,

  v.                                             Case No.  19-cv-309-bbc

CORRECTIONAL OFFICER ANDREW
POHL and JOHN AND JANE DOES
##1-5,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 11/30/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |